Case 4:24-cr-00443   Document 33   Filed on 10/10/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 10, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:24-CR-443-1 |
| | § | |
| ALEXANDER OLAYA | § | |

## ORDER

Pending before the Court is the Defendant's Unopposed Motion for Continuance, (Dkt. 32). The Court finds that the ends of justice served by granting a continuance outweigh the interest of the public, as well as the defendant, in a speedy trial. The Court also finds that pursuant to 18 U.S.C. § 3161, failure to grant a continuance would result in the miscarriage of justice, and that a continuance is necessary to allow reasonable time for trial preparation. It is **ORDERED** that a period of excludable delay shall commence from today, pursuant to 18 U.S.C. 3161. The period of excludable delay shall end at commencement of trial or disposition of charges.

**THE SCHEDULING ORDER SHALL BE AMENDED AS FOLLOWS:**

PRETRIAL CONFERENCE is set for **December 8, 2025 at 9:30 a.m.**

JURY TRIAL is set for **December 15, 2025 at 1:30 p.m.**

SIGNED at Houston, Texas on October 15, 2025.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE